**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**DEANDRE WILLIAMS,**

        **Plaintiff,**

    v.                                        9:11-CV- 379

**BRIAN FISHER, CHERYL V. MORRIS,
OMEGA B. ALBTON, D. ROCK, M. LIRA,
J. HAWK, DON HAUG, KAREN BELLAMY,
KENNETH S. PEARLMANN, and ALEC H.
FRIEDMANN,**

        **Defendants.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| DEANDRE WILLIAMS<br>#99-A-0052<br>Upstate Correctional Facility<br>P.O. Box 2001<br>309 Bare Hill Road<br>Malone, NY 12953<br>Plaintiff *pro se* | |
| HON. ERIC T. SCHNEIDERMAN<br>Attorney General of the<br>State of New York<br>The Capitol<br>Albany, NY 12224<br>Counsel for Defendants | KEVIN P. HICKEY, ESQ.<br>Assistant Attorney General |

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## **ORDER**

    The above matter comes to me following a Report-Recommendation by Magistrate Judge

Therese Wiley Dancks, duly filed on the 29th day of January 2013. Following fourteen (14) days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Defendants' motion to dismiss (Dkt. No. 36) pursuant to Federal Rule of Civil Procedure 12(b)(6) is denied.

3. Defendants' motion pursuant to 28 U.S.C. § 1915(g) seeking the conditional dismissal of plaintiff's complaint on the grounds that plaintiff has failed to satisfy the imminent harm exception to the three strike rule is denied without prejudice.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: February 20, 2013
       Syracuse, New York

Honorable Norman A. Mordue
U.S. District Judge