**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, <u>Ryan G. Files</u>, duly appointed as counsel pro bono to

represent <u>David ("DeAndre") Williams</u> in the matter of

<u>Williams</u> v. <u>Fischer et al</u>

Civil Action No. <u>9:11</u>-CV-<u>379</u>, hereby request reimbursement pursuant to Local Rule 83.3

for expenses incurred in the representation of my pro bono client in the amount of $ <u>526.19</u>.

    I certify that the expenses, a detailed copy of which are attached hereto, are reasonable

and necessary. I further understand that absent prior approval of the court, cumulative expenses

in this matter will not exceed $2,000.00.

Dated: <u>December 20, 2021</u>.

    Counsel Pro Bono (Signature): _____

    The above application of counsel pro bono is fair and reasonable and payment is
requested from the Northern District of New York's Pro Bono Fund.

Dated: <u>1/9/2022</u>.

    Presiding Judge (Signature): _____

**IT IS SO ORDERED.**

Dated: <u>1/19/22</u>.

_____
Chief U.S. District Judge



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Authorization Request

**Attorney(s) Name:** Ryan G. Files, Esq.

**Case Number/Party Represented:** 9:11-cv-00379 / DeAndre Williams (Plaintiff)

☐ **Authorization Request for expenses in excess of $500.00**

Explanation:

_____

_____

_____

☐ **Authorization Request for voucher in excess of $2,000.00**

Explanation:

_____

_____

_____

☑ **Travel Authorization Request**

Provide justification for travel and a list of estimated travel expenses:

Travel to and from office in Fayetteville, NY to Wende Correctional facility for meetings with client, and to Court for trial. Total: 864 miles (see travel expenses list).

_____

The above Authorization Request for travel expenses, expenses in excess of $500.00 or voucher in excess of $2,000.00 is hereby APPROVED.

Presiding Judge (Signature): _____

Dated: _____

*Please email Authorization Request to the "Courtroom Deputy" of presiding Judge
*A copy of the approved authorization must be attached to your pro bono voucher.

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

**Attorney(s) Name:** Ryan G. Files, Esq.

**Law Firm Name:** Gattuso & Ciotoli, PLLC

**Mailing Address of Law Firm:** 7030 East Genesee Street

**City/State/Zip:** Fayetteville, NY 13066

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 9:11-cv-00379

**Party Represented:** DeAndre Williams (Plaintiff

**Dates of Service:** From: 2/5/2021     To: 12/10/2021

*Rates Effective October 2021 through September 2022*
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $101 | $64 |
| Albany | $114 | $69 |
| Utica | $96 | $59 |
| Binghamton | $101 | $64 |
| Plattsburgh | $96 | $59 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT**

$ 526.19

Finance Audit ___M C___   Date: 12/20/2021

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

**Attorney Signature:** _____   **Date:** 12/20/2021

*Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.

*Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.

*If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

2

## Pro Bono Travel Expenses

*Receipts required for lodging, airfare, rental cars and any meal $50.00 and over*

*Reimbursement for meals and lodging expenses may be claimed only on an actual expense (itemized) basis, up to the applicable GSA per diem allowance for the date and location of travel. (See Rates table on page 1)

Attorney(s): Ryan G. Files, Esq.

| DATE | EXPENSE TYPE | TO/FROM | OTHER EXPENSE AMOUNT | MILEAGE | MILEAGE RATE .56 (EFFECTIVE 1/1/21) | TOTAL |
|---|---|---|---|---|---|---|
| 8/18/21 | Privately Owned Vehicle | Office / Wende Facility | | 282 | .56 | $ 157.92 |
| 10/7/21 | Privately Owned Vehicle | Office / Wende Facility | | 282 | .56 | $ 157.92 |
| 10/28/21 | Privately Owned Vehicle | Office / Wende Facility | | 282 | .56 | $ 157.92 |
| 11/1/21 | Privately Owned Vehicle | Office / Court | | 18 | .56 | $ 10.08 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | TOTAL: | | $ 483.84 |

*Any expense other than privately owned vehicle, please enter in OTHER EXPENSE AMOUNT.

# Pro Bono Other Expenses

\*Any expenses in excess of $500.00 should receive the Court's prior approval. Please see guidelines for further details.

Attorney(s): Ryan G. Files, Esq.

| DATE | EXPENSE TYPE | NOTES/PURPOSE | TOTAL EXPENSE AMOUNT |
|---|---|---|---|
| 10/29/21 | Purchase binders, dividers, and labels for exhibits. | Supplies for trial. | $ 42.35 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL:** | $ 42.35 |

4